In the Matter of the Claim of JOE TURPIN against ST. REGIS PAPER COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — injury to eye from being struck by piece of emory while grinding knife.*

Turpin v. St. Regis Paper Co., 199 App. Div. 64, affirmed.

(Argued February 28, 1922; decided March 14, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 11, 1922, affirming an award of the state industrial board made under the Workmen's Compensation Law. Claimant, a foreman in defendant paper company's plant, while grinding a knife on an emery wheel, was struck in the right eye by a piece of emery, resulting, according to the finding of the commission, in a sixteen per cent loss of vision of the right eye, for which compensation was granted.

*E. C. Sherwood, William B. Davis* and *Benjamin C. Loder* for appellants.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.